# H & R BLOCK TAX SERVICES, LLC; et al., Plaintiffs–Appellees,

v.

# Kathryn KUTZMAN, Defendant–Appellant.

## No. 10–35141.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Decided April 12, 2010.

Charles H. Carpenter, Esquire, Carpenter Law Firm PLC, Missoula, MT, David M. Kight, Nathan A. Orr, Spencer Fane Britt & Browne, LLP, Kansas City, MO, for Plaintiff–Appellee.

Robert Carlyle Griffin, Crowley Fleck PLLP, Billings, MT, for Defendant–Appellant.

Before: RYMER, McKEOWN and PAEZ, Circuit Judges.

## MEMORANDUM **

Kathryn Kutzman appeals the district court's partial grant of a request for preliminary injunctive relief against her by appellee H & R Block Tax Services, LLC. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir.2008); *see Winter v. Natural Resources Defense Council*, —— U.S. ——, 129 S.Ct. 365, 374, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Intern. Inc.*, 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review). We conclude the district court did not abuse its discretion. Accordingly, we affirm the district court's order.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.